# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CHARLES E. ALEXANDER/RYAHIM, JR.  PETITIONER
ADC #111057

v.  No. 5:07CV00222 JLH

LARRY B. NORRIS, Director,
Arkansas Department of Correction  RESPONDENT

## ORDER

Charles E. Alexander/Ryahim, Jr.'s habeas case, brought under 28 U.S.C. § 2254, was dismissed with prejudice in 2008. This Court and the United States Court of Appeals for the Eighth Circuit denied a certificate of appealability. The petitioner has continued to file motions despite the fact that this case has been terminated for several years. The pending motions are DENIED. Documents #93 and #94. The Court directs the Clerk not to accept for filing any further motions in this proceeding. If the petitioner sends further motions to the Clerk for filing, they are simply to be returned to him unfiled.

IT IS SO ORDERED this 19th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE